**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA (FCC) | 2:19-CV-05848 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| RADIO STATION EQUIPMENT (90.1MHz) AT 374 SOUTH ORANGE AVENUE, NEWARK | WARRANT OF ARREST IN REM |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | RADIO STATION EQUIPMENT (90.1MHz) AT 374 SOUTH ORANGE AVENUE, NEWARK, NEW JERSEY |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 374 SOUTH ORANGE AVENUE, APT 3, NEWARK, NJ |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| 374 SOUTH ORANGE AVENUE, APT 3, NEWARK, NJ | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Individual capacity

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | ☐ DEFENDANT | None | May 28, 2019 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 050 | No. 050 | E. Baskerville | 5/28/19 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 5/23/19 | 10:00 | ☑ am  ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| 374 SOUTH ORANGE AVENUE, APT 3, NEWARK, NJ | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | | | | | |

REMARKS

A total of five (5) DUSMs executed the warrant of arrest in rem at the 374 South Orange Ave, Apt 3, Newark, NJ location.

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

19-CV-5848 #2

**Case 2:19-CV-05848**

**Radio Station Equipment (90.1 MHz)**

374 S Orange Avenue, Newark, New Jersey 07103

**Station Operator: Kacy Rankine**

| # | Description | Model # | Serial # |
|---|-------------|---------|----------|
| 1 | Grow - Single Outlet Digital Timer | BND-50/SU67B | n/a |
| 2 | BW TX600 FM Broadcast Transmitter | TX600 | 2277 |
| 3 | Samsung SyncMaster - 23" LCD Monitor | 2333T | YEZNHVQB100028N |
| 4 | Dell Wired USB Keyboard Ext U011 | L100 | n/a |
| 5 | Dell Mouse USB Optical 3 Button | CJ39 | 517061540 |
| 6 | HP Pavilion Desktop Computer | P671DF | 4CE10407NF |
| 7 | Dominator FM Broadcast Antenna # 1 | Dominator | n/a |
| 8 | Circularly Polarized FM Broadcast Antenna | Circularly Polarized | n/a |
| 9 | OMB Broadcast / Audio Mixing Board | One Mix 100 Dig | 55598 |
| 10 | Lexicon I-ONIX U22 2-Input USB 2.0 Desktop Recording Studio | LEXU22 | 01000612 |
| 11 | Cisco Residential Gateway Modem | DPQ3925 | 235274804 |
| 12 | Cisco Wireless Router | Linksys E900 | 12310C64206300 |
| 13 | Arris Telephony Cable Modem | TM822G | C88BRE778214939 |
| 14 | Vonage Telephone Adapter | VDV23 | 25JYV023M1101079 |
| 15 | Acer 18.5" LCD Flat Panel VGA Monitor | X183H | ETLELODOO192702560B502 |
| 16 | Dell USB 3 Button Scroll Wheel Optical Mouse | XN966 | n/a |
| 17 | Dell Wired USB Keyboard | n/a | n/a |
| 18 | Lexicon Alpha USB Digital Recording Interface | LEXALPHAV | 00071973 |
| 19 | DELL Inspiron 530 Desktop Computer | DCMF | 54CGLG1 |
| 20 | Dell 6-Button USB Laser Scroll Mouse | J660D | n/a |
| 21 | Dell XPS Desktop | D14M | DTF1182 |
| 22 | Dell Wired USB Keyboard | SK-8185 | OY526K |
| 23 | ATEN 2-Port USB Cable KVM Switch | CS22U | Z398315AAEO367 |
| 24 | EMachines 17" LCD Monitor | LE1799 | MQR85 DOH 02236 |
| 25 | PTEK FM Series Transmitter | FM500 | 110055 |
| 26 | BEXT FM Exciter Transmitter | LEX 30 | 0305-093 |
| 27 | PTEK FM Series Transmitter | n/a | 11253 |
| 28 | Dominator FM Broadcast Antenna # 2 | Dominator | n/a |
| 29 | Dominator FM Broadcast Antenna # 3 | Dominator | n/a |
| 30 | PTEK FM Series Power Splitter/Combiner | n/a | 11936 |
| 31 | Coaxial cable | n/a | n/a |